H. A. ANDERSEN CO., INCORPORAT-
ED, et al., Plaintiffs-Appellees,
Cross-Appellant,

v.

INTERNATIONAL UNION OF OPERAT-
ING ENGINEERS, LOCAL UNION NO.
701, Defendant-Appellant, Cross-Appel-
lee.

Nos. 9–33 and 9–34.

Temporary Emergency Court of Appeals.

July 8, 1976.

Terry DeSylvia, Black, Kendall, Tre-
maine, Boothe & Higgins, Portland, Or., for
defendant-appellant, cross-appellee.

Michael G. Holmes, Dezendorf, Spears,
Lubersky & Campbell, Portland, Or., for
plaintiffs-appellees, cross-appellant.

ORDER

Before CARTER, CHRISTENSEN and
ESTES, Circuit Judges.

This case is controlled by prior decisions
of this court, *Reed v. Kroger Co.* (Em.App.
1973), 478 F.2d 1268, and *United States v.
Cooper* (Em.App.1973), 482 F.2d 1393.

The motion of the plaintiffs to vacate the
order of May 25, 1976, allowing the defend-
ant's out-of-time filing of a notice of appeal
in No. 9–33 is granted.

The motion of the plaintiffs to dismiss
the defendant's appeal in No. 9–33 is grant-
ed. Accordingly, the plaintiffs' cross-ap-
peal in No. 9–34 is also dismissed.